```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
                                   :
J & J SPORTS PRODUCTIONS, INC.,    :
                                   :
              Plaintiff,           :      ORDER
                                   :
     -against-                          06 Civ. 1699 (JGK)(MHD)
                                   :
TOTAL CARE SALON et. al.,          :
                                   :
              Defendants.          :
                                   :
-----------------------------------X
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

A telephone conference having been held on August 21, 2006,

It is hereby **ORDERED** as follows:

1. Plaintiff is to serve and file its affidavits and memo of law in support of its application for damages by no later than September 4, 2006.

2. Defendants are to serve and file their response, if any, by no later than September 18, 2006.

**DATED:** New York, New York
       August 21, 2006

SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been mailed this date to:

Julie Cohen Lonstein, Esq.
Lonstein Law Office P.C.
1 Terrace Hill, P.O. Box 351
Ellenville, NY 12428

Total Care Unisex Salon
101 West 145th Street
New York, NY 10039

Cargil Dehavalen
145 S. 4th Avenue, Apt. 2B
Mount Vernon, NY 10550