UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

J & J SPORTS PRODUCTIONS, INC,

          Plaintiff,

- against -

CARGIL DEHAVALEN, et ano.,

          Defendants.

06 Civ. 1699 (JGK)(MHD)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/30/07

**JOHN G. KOELTL, District Judge**:

    The Court has received the Report and Recommendation of Magistrate Judge Dolinger dated January 9, 2007 recommending that Judgment be entered, following a default, in the amount of $3, 800.00 in statutory damages, $1,037.50 in attorney's fees, and $450.00 in costs for a total award of $5, 287.50.

    There have been no objections filed with respect to the Report and Recommendation and the time for objections has passed.

    The Court has independently reviewed the Report and Recommendation and finds that it is reasonable.

1

The Clerk is directed to enter judgment in favor of the plaintiff and against the defendants jointly and severally in the total amount of $5, 287.50.

SO ORDERED

Dated: New York, New York
       January 29, 2007

                                                    _____
                                                    John G. Koeltl
                                                    United States District Judge